UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| SAMUEL T. COHEN, derivatively and on behalf of CITIGROUP, INC., | : Civil Action No. |
| Plaintiff, | : RULE 7.1 STATEMENT |
| vs. | : |
| CITIGROUP, INC., CHARLES PRINCE, ROBERT E. RUBIN, WINFRIED BISHCOFF, ROBERT T. DRUSKIN, WILLIAM RHODES, SALLIE L. KRAWCHECK, DAVID C. BUSHNELL, STEVEN J. FREIDBERG, JOHN C. GERSPACH, MICHAEL S. HELFER, MICHAEL KLEIN, STEPHEN R. VOLK, LEWIS B. KADEN, GARY CRITTENDEN, RICHARD D. PARSONS, FRANKLIN A. THOMAS, KENETH T. DERR, C. MICHAEL ARMSTRONG, JOHN M. DEUTCH, ALAIN J.P. BELDA, ROBERTO HERNANDEZ, RAMIREZ, GEORGE DAVID, ANNE M. MULCAHY, JUDITH RODIN, ANDREW N. LIVERIS, ROBERT L. RYAN, THOMAS G. MAHERAS | : |
| Defendants. | : |

---

Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Samuel T. Cohen, Derivatively and on Behalf of CITIGROUP, INC. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

    No corporate parent
    No publicly held affiliates or subsidiaries

Dated: November 21, 2007

                                                  Elizabeth A. Schmid (ES-1294)