UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAM COHEN, derivatively and on behalf of CITIGROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> CITIGROUP, INC., *et al.*, <br><br> Defendants, | Electronically filed <br><br> No. 07 Civ. 10344 (JSR) (MHD) <br><br> ECF Case |

## NOTICE OF APPEARANCE

The undersigned counsel enters his appearance in the above-captioned matter on behalf of Citigroup Inc., C. Michael Armstrong, Alain J.P. Belda, George David, Kenneth T. Derr, John M. Deutch, Roberto Hernandez Ramirez, Andrew N. Liveris, Anne Mulcahy, Richard D. Parsons, Judith Rodin, Robert E. Rubin, Robert L. Ryan and Franklin A. Thomas, and certifies that he is admitted to practice in this Court.

-2-

Dated: December 31, 2007                    WACHTELL, LIPTON, ROSEN & KATZ

                                                                             By:     s/ Lawrence B. Pedowitz
                                                                                  Lawrence B. Pedowitz (LP 9718)

                                                                                   51 West 52nd Street
New York, New York 10019-6150
Telephone: (212) 403-1000
Facsimile: (212) 403-2000
E-mail: LBPedowitz@wlrk.com

*Attorneys for Citigroup Inc., C. Michael Armstrong, Alain J.P. Belda, George David, Kenneth T. Derr, John M. Deutch, Roberto Hernandez Ramirez, Andrew N. Liveris, Anne Mulcahy, Richard D. Parsons, Judith Rodin, Robert E. Rubin, Robert L. Ryan and Franklin A. Thomas*