UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAM COHEN, derivatively and on behalf of CITIGROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> CITIGROUP, INC., *et al.*, <br><br> Defendants, | Electronically filed <br><br> No. 07 Civ. 10344 (JSR) (MHD) <br><br> ECF Case |

## NOTICE OF APPEARANCE

The undersigned counsel enters his appearance in the above-captioned matter on behalf of Citigroup Inc., C. Michael Armstrong, Alain J.P. Belda, George David, Kenneth T. Derr, John M. Deutch, Roberto Hernandez Ramirez, Andrew N. Liveris, Anne Mulcahy, Richard D. Parsons, Judith Rodin, Robert E. Rubin, Robert L. Ryan and Franklin A. Thomas, and certifies that he is admitted to practice in this Court.

-2-

Dated:   December 31, 2007                    WACHTELL, LIPTON, ROSEN & KATZ

                                              By:      s/ Jonathan M. Moses
                                                    Jonathan M. Moses (JM 9049)

                                                    51 West 52nd Street
                                                    New York, New York  10019-6150
                                                    Telephone:  (212) 403-1000
                                                    Facsimile:  (212) 403-2000
                                                    E-mail: JMMoses@wlrk.com

                                                    *Attorneys for Citigroup Inc., C. Michael Armstrong, Alain J.P. Belda, George David, Kenneth T. Derr, John M. Deutch, Roberto Hernandez Ramirez, Andrew N. Liveris, Anne Mulcahy, Richard D. Parsons, Judith Rodin, Robert E. Rubin, Robert L. Ryan and Franklin A. Thomas*