UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAM COHEN, derivatively and on behalf of CITIGROUP, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CITIGROUP, INC., *et al.*,<br><br>Defendants. | Electronically filed<br><br>No. 07 Civ. 10344 (JSR) (MHD)<br><br>ECF Case |

## RULE 7.1(a) DISCLOSURE STATEMENT OF DEFENDANT CITIGROUP INC.

Citigroup Inc. is a publicly traded corporation. It has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated:  December 31, 2007

WACHTELL, LIPTON, ROSEN & KATZ

By: *Lawrence B. Pedowitz* /BEW
Lawrence B. Pedowitz  (LP 9718)
George T. Conway III  (GC 3181)
Jonathan M. Moses  (JM 9049)
John F. Lynch  (JL 6661)
51 West 52nd Street
New York, New York  10019-6150
Telephone:  (212) 403-1000
Facsimile:  (212) 403-2000

-2-

                    PAUL, WEISS, RIFKIND, WHARTON &
                    GARRISON LLP

              By: */s/ Brad S. Karp*
                    Brad S. Karp (BK 3702)
                    Richard A Rosen (RR 5132)
                    Lewis R. Clayton (LC 7207)
                    1285 Avenue of the Americas
                    New York, New York 10019-6064
                    Telephone: (212) 373-3000
                    Facsimile: (212) 492-3990

              *Attorneys for Citigroup Inc.*