UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LENNARD HAMMERSCHLAG, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CITIGROUP INC., *et al.*,<br><br>Defendants. | Electronically filed<br><br>No. 07 Civ. 10258 (RJS) (JCF)<br><br>ECF Case |
| BENJAMIN NATHANSON, derivatively on behalf of CITIGROUP, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES PRINCE, *et al.*,<br><br>Defendants. | Electronically filed<br><br>No. 07 Civ. 10333 (JSR) (MHD)<br><br>ECF Case |
| SAM COHEN, derivatively and on behalf of CITIGROUP, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CITIGROUP, INC., *et al.*,<br><br>Defendants. | Electronically filed<br><br>No. 07 Civ. 10344 (JSR) (MHD)<br><br>ECF Case |

## DEFENDANTS' MOTION TO REASSIGN RELATED CASES

There are twenty actions pending in this Court relating to Citigroup's exposure to subprime mortgages: thirteen cases alleging violations of the ERISA statute; five shareholder derivative actions; and two complaints alleging securities fraud. Of those twenty cases, seventeen were either: assigned to Judge Stein from the beginning (the *Gray* ERISA action); designated as potentially related to an action pending before Judge Stein (11 ERISA cases and

the *Ryan* derivative case); or reassigned to Judge Stein after initial assignments to other judges (the *Harris* and *Cinotto* derivative actions, the *Saltzman* securities-fraud case, and the *Rose* ERISA action). Defendants bring this motion to transfer or assign the three remaining cases to Judge Stein, such that all these Citigroup subprime matters may be handled by a single judge.[1]

Rule 15 of this Court's Rules for the Division of Business Among District Judges calls for the transfer and coordination of pretrial proceedings in related cases. The *Manual for Complex Litigation* likewise states that "[a]ll pending related cases or cases that may later be filed in the same court . . . should be assigned at least initially to the same judge." MANUAL FOR COMPLEX LITIGATION (FOURTH) § 10.123.

The three cases that defendants seek to transfer with this motion are closely related to the seventeen other cases that already are either pending before Judge Stein or on their way to him. All twenty involve allegations concerning the management of Citigroup's exposure to subprime mortgages. All twenty also allege a failure by Citigroup to disclose those exposures. *Nathanson* and *Cohen* are shareholder derivative actions, and *Hammerschlag* is a securities-fraud case. Judge Stein has both kinds of cases already before him, in addition to twelve ERISA cases.[2] In light of the common questions of both fact and law here, it would promote the parties' and the

---

[1]    The ERISA actions are *Gray* v. *Citigroup Inc., et al.*, No. 07 Civ. 9790 (SHS) (DCF), *Rose* v. *Prince, et al.*, No. 07 Civ. 10294 (SHS), *Tranberg* v. *Citigroup Inc., et al.*, No. 07 Civ. 10341 (SHS), *Rappold* v. *Citigroup Inc., et al.*, No. 07 Civ. 10396 (SHS), *Tadros* v. *Citigroup Inc., et al.*, No. 07 Civ. 10442 (SHS), *Fiorino* v. *Citigroup Inc., et al.*, No. 07 Civ. 10458 (SHS), *Bolla* v. *Citigroup Inc., et al.*, No. 07 Civ. 10461 (SHS), *Stevens* v. *Citigroup Inc., et al.*, No. 07 Civ. 10472 (SHS), *Stevens* v. *Citigroup Inc., et al.*, No. 07 Civ. 11156 (SHS), *Goldstein* v. *Citigroup Inc., et al.*, No. 07 Civ. 11158 (SHS), *Southard* v. *Citigroup Inc., et al.*, No. 07 Civ. 11164 (SHS), *Woodward* v. *Citigroup Inc., et al.*, No. 07 Civ. 11207 (SHS), and *Brick* v. *Citigroup Inc., et al.*, No. 07 Civ. 11369 (unassigned but designated as related to *Gray*). The derivative actions are *Harris* v. *Prince, et al.*, No. 07 Civ. 9841 (SHS) (MHD), *Cinotto* v. *Prince, et al.*, No. 07 Civ. 9900 (SHS) (MHD), *Nathanson* v. *Prince, et al.*, No. 07 Civ. 10333 (JSR) (MHD), *Cohen* v. *Citigroup, Inc., et al.*, No. 07 Civ. 10344 (JSR) (MHD), and *Ryan* v. *Prince, et al.*, No. 07 Civ. 11581 (unassigned but designated as related to *Harris*). The securities-fraud cases are *Saltzman* v. *Citigroup Inc., et al.*, No. 07 Civ. 9901 (SHS) (FM), and *Hammerschlag* v. *Citigroup Inc., et al.*, No. 07 Civ. 10258 (RJS) (JCF).

[2]    On December 19, 2007, Judge Stein entered an order (attached at Tab A) establishing a briefing schedule for plaintiffs' motions to appoint lead plaintiffs and lead counsel in the ERISA actions. That order indicates that all the ERISA cases that had been filed as of December 17 are now pending before Judge Stein, although the docket in the *Rose* case, which was initially assigned to Judge Chin, does not yet reflect a transfer to Judge Stein. The December 19 order does not refer to the *Brick* case, which was filed December 18 and designated as related to *Gray*.

Court's interests in efficiency, convenience and consistency for all these subprime cases to be assigned to one judge.

Beyond the obvious logic of having these cases handled by a single judge, there are additional practical considerations favoring reassignment:

- Both the *Nathanson* and *Cohen* derivative actions, which are now pending before Judge Rakoff, were accepted as related to the *Harris* derivative action, which was initially assigned to Judge Rakoff but then reassigned to Judge Stein.

- Transfer of the *Hammerschlag* securities-fraud action to Judge Stein—who now has before him the other subprime securities-fraud case, *Saltzman*, which was transferred from Judge Baer—will facilitate compliance with the procedural requirements of the PSLRA, including the obligation to select lead plaintiffs and lead counsel. *See* 15 U.S.C. § 78u-4(a)(3)(B).

For these reasons, and for the reasons expressed in our letters to the Court dated November 9 and November 15, 2007 (attached at Tabs B and C), defendants respectfully request that these subprime cases be transferred to Judge Stein.

Dated:   New York, New York
        December 31, 2007

WACHTELL, LIPTON, ROSEN & KATZ

By: _Lawrence B. Pedowitz_ /BRW

Lawrence B. Pedowitz  (LP 9718)
George T. Conway III  (GC 3181)
Jonathan M. Moses  (JM 9049)
John F. Lynch  (JL 6661)
51 West 52nd Street
New York, New York  10019-6150
Telephone:  (212) 403-1000
Facsimile:  (212) 403-2000

*Attorneys for Citigroup Inc., C. Michael Armstrong, Alain J.P. Belda, George David, Kenneth T. Derr, John M. Deutch, Roberto Hernandez Ramirez, Andrew N. Liveris, Anne M. Mulcahy, Richard D. Parsons, Judith Rodin, Robert E. Rubin, Robert L. Ryan, Franklin A. Thomas, Ann Dibble Jordan, Dudley C. Mecum, and Klaus Kleinfeld*

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: _Brad S. Karp_ /BRW

Brad S. Karp  (BK 3702)
Richard A Rosen  (RR 5132)
Lewis R. Clayton  (LC 7207)
1285 Avenue of the Americas
New York, New York  10019-6064
Telephone:  (212) 373-3000
Facsimile:  (212) 492-3990

*Attorneys for Citigroup Inc., Charles Prince, Winfried Bischoff, Robert Druskin, William R. Rhodes, Sallie L. Krawcheck, David C. Bushnell, Steven J. Freiberg, John C. Gerspach, Michael S. Helfer, Michael Klein, Stephen R. Volk, Lewis B. Kaden, Gary Crittenden, and Thomas G. Maheras*

# TAB A

```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #: _____                │
│ DATE FILED: 12/20/07 /?              │
└─────────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

STEPHEN GRAY,                              :        07 Civ. 9790 (SHS)

                Plaintiff,       :

       -against-                       :        <u>ORDER</u>

CITIGROUP INC., *ET AL.*,                   :

                Defendants.      :

------------------------------------------------------------x

SHAUN ROSE,                                :        07 Civ. 10294 (SHS)

                Plaintiff,       :

       -against-                       :

CITIGROUP INC., *ET AL.*,                   :

                Defendants.      :

------------------------------------------------------------x

MEREDITH TRANBERG,                         :        07 Civ. 10341 (SHS)

                Plaintiff,       :

       -against-                       :

CITIGROUP INC., *ET AL.*,                   :

                Defendants.      :

------------------------------------------------------------x

ANTON K. RAPPOLD,                          :        07 Civ. 10396 (SHS)

                Plaintiff,       :

       -against-                       :

CITIGROUP INC., *ET AL.*,                   :

                Defendants.      :

------------------------------------------------------------x

```
-------------------------------------------------------------x
```

SAMIER TADROS,                                    :        07 Civ. 10442 (SHS)

                    Plaintiff,        :

          -against-                              :

CITIGROUP INC., *ET AL.*,                          :

               Defendants.       :
```
-------------------------------------------------------------x
```

STEPHAN FIORINO,                                  :        07 Civ. 10458 (SHS)

                    Plaintiff,        :

          -against-                              :

CITIGROUP INC., *ET AL.*,                          :

               Defendants.       :
```
-------------------------------------------------------------x
```

JAMES BOLLA,                                      :        07 Civ. 10461 (SHS)

                    Plaintiff,        :

          -against-                              :

CITIGROUP INC., *ET AL.*,                          :

               Defendants.       :
```
-------------------------------------------------------------x
```

MARK GEROULO,                                     :        07 Civ. 10472 (SHS)

                    Plaintiff,        :

          -against-                              :

CITIGROUP INC., *ET AL.*,                          :

               Defendants.       :
```
-------------------------------------------------------------x
```

----------------------------------------------------------------x

ALAN STEVENS,                                :      07 Civ. 11156 (SHS)

                        Plaintiff,           :

            -against-                        :

CITIGROUP INC., *ET AL.*,                    :

                        Defendants.          :
----------------------------------------------------------------x

STEVEN GOLDSTEIN,                            :      07 Civ. 11158 (SHS)

                        Plaintiff,           :

            -against-                        :

CITIGROUP INC., *ET AL.*,                    :

                        Defendants.          :
----------------------------------------------------------------x

CHRIS SOUTHARD,                              :      07 Civ. 11164 (SHS)

                        Plaintiff,           :

            -against-                        :

CITIGROUP INC., *ET AL.*,                    :

                        Defendants.          :
----------------------------------------------------------------x

WILLIAM WOODWARD, *ET ANO*,                  :      07 Civ. 11207 (SHS)

                        Plaintiff,           :

            -against-                        :

CITIGROUP INC., *ET AL.*,                    :

                        Defendants.          :
----------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

-3-

The above-captioned ERISA class actions have been assigned to this Court. The Court is currently aware of three pending motions to consolidate and appoint interim lead plaintiffs and lead counsel by plaintiffs Gray, Tadros, and Bolla; plaintiff Goldstein; and plaintiffs Geroulo and Rose. The Court has also been informed in writing that plaintiff Stevens intends to move to consolidate and appoint interim lead plaintiff and lead counsel. Accordingly,

IT IS HEREBY ORDERED that:

1.    If any plaintiff intends to move to consolidate and appoint interim lead plaintiff and lead counsel they shall do so by December 26, 2007.

2.    Any opposition to these motions shall be filed by January 4, 2008;

3.    Reply papers shall be filed by January 10, 2008;

4.    Oral argument on the motions will be heard on January 17, 2008, at 4:00 p.m.;

5.    The parties are directed to serve courtesy copies of all motion papers on the Court at the same time they are served on opposing counsel; and

6.    Following the determination of those motions, the Court will be asking the parties to develop a case management order for the orderly progress of these litigations.

Dated: New York, New York
       December 19, 2007

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.

-4-

# TAB B

WACHTELL, LIPTON, ROSEN & KATZ

51 WEST 52ND STREET

NEW YORK, N.Y. 10019-6150

TELEPHONE: (212) 403-1000

FACSIMILE: (212) 403-2000

GEORGE A. KATZ (1965-1989)
JAMES H. FOGELSON (1967-1991)

OF COUNSEL

WILLIAM T. ALLEN            LEONARD M. ROSEN
PETER C. CANELLOS           MICHAEL W. SCHWARTZ
THEODORE GEWERTZ            ELLIOTT V. STEIN
KAREN G. KRUEGER            J. BRYAN WHITWORTH
THEODORE A. LEVINE          AMY R. WOLF

COUNSEL

MICHELE J. ALEXANDER       PAULA N. GORDON
DAVID B. ANDERS            NANCY B. GREENBAUM
ADRIENNE ATKINSON          MAURA R. GROSSMAN
ANDREW J.H. CHEUNG         IAN L. LEVIN
DAMIAN G. DIDDEN           ADAM J. SHAPIRO
PAMELA EHRENKRANZ          HOLLY M. STRUTT
ROBERT A. FRIEDMAN

MARTIN LIPTON
HERBERT M. WACHTELL
BERNARD W. NUSSBAUM
RICHARD D. KATCHER
ALLAN A. MARTIN
LAWRENCE B. PEDOWITZ
ROBERT B. MAZUR
PAUL VIZCARRONDO, JR.
PETER C. HEIN
HAROLD S. NOVIKOFF
DAVID M. EINHORN
KENNETH B. FORREST
MEYER G. KOPLOW
THEODORE N. MIRVIS
EDWARD D. HERLIHY
DANIEL A. NEFF
ERIC M. ROTH
WARREN R. STERN
ANDREW R. BROWNSTEIN
MICHAEL H. BYOWITZ
PAUL K. ROWE
MARC WOLINSKY
DAVID GRUENSTEIN
PATRICIA A. VLAHAKIS
STEPHEN G. GELLMAN
STEVEN A. ROSENBLUM
PAMELA S. SEYMON
STEPHANIE J. SELIGMAN
ERIC S. ROBINSON
JOHN F. SAVARESE
SCOTT K. CHARLES
ANDREW C. HOUSTON
PHILIP MINDLIN
DAVID S. NEILL
JODI J. SCHWARTZ
ADAM O. EMMERICH
CRAIG M. WASSERMAN
GEORGE T. CONWAY III
RALPH M. LEVENE

RICHARD G. MASON
DOUGLAS K. MAYER
MICHAEL J. SEGAL
DAVID M. SILK
ROBIN PANOVKA
DAVID A. KATZ
ILENE KNABLE GOTTS
DAVID M. MURPHY
JEFFREY M. WINTNER
TREVOR S. NORWITZ
BEN M. GERMANA
ANDREW J. NUSSBAUM
RACHELLE SILVERBERG
DAVID C. BRYAN
STEVEN A. COHEN
GAVIN D. SOLOTAR
DEBORAH L. PAUL
DAVID C. KARP
RICHARD K. KIM
JOSHUA R. CAMMAKER
MARK GORDON
JOSEPH D. LARSON
LAWRENCE S. MAKOW
JARED M. RUSMAN
JEANNEMARIE O'BRIEN
WAYNE M. CARLIN
JAMES COLE, JR.
STEPHEN R. DiPRIMA
NICHOLAS G. DEMMO
IGOR KIRMAN
JONATHAN M. MOSES
T. EIKO STANGE
DAVID A. SCHWARTZ
JOHN F. LYNCH
WILLIAM SAVITT
ERIC M. ROSOF
MARTIN J.E. ARMS
GREGORY E. OSTLING

J. AUSTIN LYONS
LORI S. SHERMAN
JONATHAN E. PICKHARDT
NELSON O. FITTS
JEFFREY C. FOURMAUX
JEREMY L. GOLDSTEIN
JOSHUA M. HOLMES
DAVID E. SHAPIRO
ANTE VUCIC
IAN BOCZKO
LAURYN P. GOULDIN
MATTHEW M. GUEST
DAVID E. KAHAN
MARK A. KOENIG
DAVID K. LAM
MICHAEL S. WINOGRAD
KATHRYN GETTLES-ATWA
DANIELLE L. ROSE
BENJAMIN M. ROTH
ANDREW A. SCHWARTZ
DAVID M. ADLERSTEIN
SHIRI BEN-YISHAI
JOSHUA A. FELTMAN
STEPHEN M. FRANCIS
JONATHAN H. GORDON
MARGARET ISA BUTLER
EMIL A. KLEINHAUS
WILLIAM E. SCHEFFER
ADIR G. WALDMAN
AREF H. AMANAT
RONALD C. CHEN
B. UMUT ERGUN
EVAN K. FARBER
MICHAEL KRASNOVSKY
SARAH A. LEWIS
YELENA ZAMACONA
GARRETT B. MORITZ
JOSHUA A. NAFTALIS

VINAY SHANDAL
MEREDITH L. TURNER
KARESSA L. CAIN
WILLIAM EDWARDS
JAMES R. GILMARTIN
ADAM M. GOGOLAK
JONATHAN GOLDIN
ROGER J. GRIESMEYER
DANIEL E. HEMLI
GAVIN W. HOLMES
MATTHEW S. LEVINE
GORDON S. MOODIE
JOHN A. NEUMARK
DONGJU SONG
LINDSAY R. SMITH
AMANDA L. STRAUB
BRADLEY R. WILSON
FRANCO CASTELLI
ROSS A. FIELDSTON
SCOTT W. GOLENBOCK
MOEZ M. KABA
CAITH KUSHNER
J. ALEJANDRO LONGORIA
GRAHAM W. MELI
JOSHUA M. MILLER
OPHIR NAVE
GREGORY E. PESSIN
CARRIE M. REILLY
WON S. SHIN
JEFFREY UNGER
MARK F. VEBLEN
CARMEN WOO
IGOR FUKS
BETTY W. GEE
JONATHON R. LA CHAPELLE
BRANDON C. PRICE
ALISON M. ZIESKE

November 9, 2007

Hon. Sidney H. Stein
United States District Judge
United States Courthouse
500 Pearl Street, Room 1010
New York, New York  10007

Hon. Jed S. Rakoff
United States District Judge
United States Courthouse
500 Pearl Street, Room 1340
New York, New York  10007

Hon. Harold Baer, Jr.
United States District Judge
United States Courthouse
500 Pearl Street, Room 2230
New York, New York  10007

Re:    *Gray* v. *Citigroup Inc., et al.*, 07 Civ 9790 (filed November 5, 2007) (Judge Stein)
       *Harris* v. *Prince, et al.*, 07 Civ 9841 (filed November 7, 2007) (Judge Rakoff)
       *Saltzman* v. *Citigroup Inc., et al.*, 07 Civ 9901 (filed November 8, 2007) (Judge Baer)

Dear Judges Stein, Rakoff and Baer:

        We are writing to bring to your attention the fact that recent case filings before Your Honor
Judge Rakoff, *Harris* v. *Prince, et al.*, 07 Civ 9841, filed November 7, 2007, and Your Honor Judge Baer,
*Saltzman* v. *Citigroup Inc., et al.*, 07 Civ 9901, filed November 8, 2007, present common factual issues
with a case previously filed on November 5, 2007, *Gray* v. *Citigroup Inc., et al.*, 07 Civ 9790, which was
assigned to Your Honor Judge Stein and is the first-filed case.

WACHTELL, LIPTON, ROSEN & KATZ

The Honorable Sidney H. Stein
The Honorable Jed S. Rakoff
The Honorable Harold Baer, Jr.
November 9, 2007
Page 2

        The common thrust of the factual allegations in all three cases relates to Citigroup's involvement in sub-prime mortgage securities business activities and public disclosures made by Citigroup with respect thereto.  Thus:

(1)    *Gray*, while a case involving claims under ERISA on behalf of ERISA plan participants whose accounts held Citigroup stock, alleges that the Citigroup defendants imprudently allowed the investment of Citigroup ERISA plan assets in Citigroup common stock throughout the class period (defined as January 1, 2007 through present, *see* ¶ 2) despite the fact that the Citigroup defendants knew or should have known that investing in Citigroup stock was unduly risky due to various alleged business practices involving structured investment vehicles and sub-prime loans (*see* ¶ 4).  The complaint alleges these practices "artificially inflated the value of shares of Citigroup stock" (¶ 4).

    The factual allegations of the *Gray* complaint concern the sub-prime lending industry and Citigroup's alleged involvement in it (*see, e.g.*, ¶¶ 35-58) and public disclosures made by Citigroup during 2007, and, in particular, disclosures made on October 1, 2007, October 15, 2007 and early November 2007 *(see, e.g.*, ¶¶ 59-94).  It is alleged that as information was revealed, Citigroup stock fell in price during 2007 (*see, e.g.*, ¶ 95).

(2)    *Harris* is a purported derivative action, with a Rule 10b-5 claim, but like *Gray*, the factual allegations are focused on Citigroup's activities in relation to sub-prime mortgage securities (*see e.g.*, ¶¶ 2-3, ¶¶ 57-61) and public announcements made by Citigroup in 2007, including on October 1, 2007, October 15, 2007 and early November 2007 (*see, e.g.*, ¶¶ 4-5, ¶¶ 62-74).

(3)    *Saltzman*, like *Harris*, asserts Rule 10b-5 claims arising out of Citigroup's activities in the mortgage securities business (¶¶ 3, 47-51) and public disclosures made by Citigroup during 2007, including announcements on October 1, 2007, October 15, 2007 and early November 2007 (*e.g.*, ¶¶ 3, 5-6, 8-9, 34-45).  And, like the other actions, *Saltzman* alleges that false and misleading statements by the Citigroup defendants resulted in Citigroup's stock trading at "artificially inflated prices" (¶ 3).  The *Saltzman* case is brought as a class action on behalf of purchasers of Citigroup's stock between April 17, 2006 and November 2, 2007 (¶ 1).

        Defendants in all three cases overlap, including Citigroup Inc. and various present and former directors and officers.

        These actions have just been filed and final determinations with respect to counsel for the defendants have not yet been made.  However, it is expected that our firm, Wachtell, Lipton, Rosen & Katz, along with Paul, Weiss, Rifkind, Wharton & Garrison LLP, will be representing various of the defendants in these actions.  We will be reaching out to plaintiff's counsel to discuss, and we hope resolve by agreement, various procedural and scheduling matters.

WACHTELL, LIPTON, ROSEN & KATZ

The Honorable Sidney H. Stein
The Honorable Jed S. Rakoff
The Honorable Harold Baer, Jr.
November 9, 2007
Page 3


       The purpose of this letter is to bring to the Court's attention the clear commonality of the factual allegations in each of these cases and to request that all of these cases be assigned to the same judge in the interest of judicial efficiency and coordination.

       Finally, Your Honors should be aware that there was another previously filed case before Judge Stein, *Leber* v. *Citigroup, Inc.*, 07 Civ 9329 (filed October 18, 2007). This suit alleges that Citigroup and various defendants engaged in prohibited transactions by causing Citigroup ERISA plans to invest in Citigroup-affiliated investment products and to purchase products and services provided by Citigroup's subsidiaries and affiliates in violation of various provisions of ERISA. We do not believe this action is related to the other actions referenced in the subject line of this letter and we do *not* request any consolidation or coordination of any of the actions listed in the subject line of this letter with *Leber*. We mention *Leber* here simply to avoid any confusion.

                    Very respectfully yours,

                    Lawrence B. Pedowitz


cc:   Clerk of Court
       Southern District of New York

       Brad S. Karp, Esq. (Paul, Weiss, Rifkind, Wharton & Garrison LLP)

       All plaintiffs' counsel (See attached list)

**TAB C**

WACHTELL, LIPTON, ROSEN & KATZ

MARTIN LIPTON
HERBERT M. WACHTELL
BERNARD W. NUSSBAUM
RICHARD D. KATCHER
ALLAN A. MARTIN
LAWRENCE B. PEDOWITZ
ROBERT B. MAZUR
PAUL VIZCARRONDO, JR.
PETER C. HEIN
HAROLD S. NOVIKOFF
DAVID M. EINHORN
KENNETH B. FORREST
MEYER G. KOPLOW
THEODORE N. MIRVIS
EDWARD D. HERLIHY
DANIEL A. NEFF
ERIC M. ROTH
WARREN R. STERN
ANDREW R. BROWNSTEIN
MICHAEL H. BYOWITZ
PAUL K. ROWE
MARC WOLINSKY
DAVID GRUENSTEIN
PATRICIA A. VLAHAKIS
STEPHEN G. GELLMAN
STEVEN A. ROSENBLUM
PAMELA S. SEYMON
STEPHANIE J. SELIGMAN
ERIC S. ROBINSON
JOHN F. SAVARESE
SCOTT K. CHARLES
ANDREW C. HOUSTON
PHILIP MINDLIN
DAVID S. NEILL
JODI J. SCHWARTZ
ADAM O. EMMERICH
CRAIG M. WASSERMAN
GEORGE T. CONWAY III
RALPH M. LEVENE

RICHARD G. MASON
DOUGLAS K. MAYER
MICHAEL J. SEGAL
DAVID M. SILK
ROBIN PANOVKA
DAVID A. KATZ
ILENE KNABLE GOTTS
DAVID M. MURPHY
JEFFREY M. WINTNER
TREVOR S. NORWITZ
BEN M. GERMANA
ANDREW J. NUSSBAUM
RACHELLE SILVERBERG
DAVID C. BRYAN
STEVEN A. COHEN
GAVIN D. SOLOTAR
DEBORAH L. PAUL
DAVID C. KARP
RICHARD K. KIM
JOSHUA A. CAMMAKER
MARK GORDON
JOSEPH D. LARSON
LAWRENCE S. MAKOW
JARED M. RUSMAN
JEANNEMARIE O'BRIEN
WAYNE M. CARLIN
JAMES COLE, JR.
STEPHEN R. DiPRIMA
NICHOLAS G. DEMMO
IGOR KIRMAN
JONATHAN M. MOSES
T. EIKO STANGE
DAVID A. SCHWARTZ
JOHN F. LYNCH
WILLIAM SAVITT
ERIC M. ROSOF
MARTIN J.E. ARMS
GREGORY E. OSTLING

51 WEST 52ND STREET

NEW YORK, N.Y. 10019-6150

TELEPHONE:  (212) 403-1000

FACSIMILE:  (212) 403-2000

———

GEORGE A. KATZ (1965-1989)
JAMES H. FOGELSON (1967-1991)

OF COUNSEL

WILLIAM T. ALLEN          LEONARD M. ROSEN
PETER C. CANELLOS         MICHAEL W. SCHWARTZ
THEODORE GEWERTZ          ELLIOTT V. STEIN
KAREN G. KRUEGER          J. BRYAN WHITWORTH
THEODORE A. LEVINE        AMY R. WOLF

———

COUNSEL

MICHELE J. ALEXANDER      PAULA N. GORDON
DAVID B. ANDERS           NANCY B. GREENBAUM
ADRIENNE ATKINSON         MAURA R. GROSSMAN
ANDREW J.H. CHEUNG        IAN L. LEVIN
DAMIAN G. DIDDEN          ADAM J. SHAPIRO
PAMELA EHRENKRANZ         HOLLY M. STRUTT
ROBERT A. FRIEDMAN

J. AUSTIN LYONS
LORI S. SHERMAN
JONATHAN E. PICKHARDT
NELSON O. FITTS
JEFFREY C. FOURMAUX
JEREMY L. GOLDSTEIN
JOSHUA M. HOLMES
DAVID E. SHAPIRO
ANTE VUCIC
IAN BOCZKO
LAURYN P. GOULDIN
MATTHEW M. GUEST
DAVID E. KAHAN
MARK A. KOENIG
DAVID K. LAM
MICHAEL S. WINOGRAD
KATHRYN GETTLES-ATWA
DANIELLE L. ROSE
BENJAMIN M. ROTH
ANDREW A. SCHWARTZ
DAVID M. ADLERSTEIN
SHIRI BEN-YISHAI
JOSHUA A. FELTMAN
STEPHEN M. FRANCIS
JONATHAN H. GORDON
MARGARET ISA BUTLER
EMIL A. KLEINHAUS
WILLIAM E. SCHEFFER
ADIR G. WALDMAN
AREF H. AMANAT
RONALD C. CHEN
B. UMUT ERGUN
EVAN K. FARBER
MICHAEL KRASNOVSKY
SARAH A. LEWIS
YELENA ZAMACONA
GARRETT B. MORITZ
JOSHUA A. NAFTALIS

VINAY SHANDAL
MEREDITH L. TURNER
KARESSA L. CAIN
WILLIAM EDWARDS
JAMES R. GILMARTIN
ADAM M. GOGOLAK
JONATHAN GOLDIN
ROGER J. GRIESMEYER
DANIEL E. HEMLI
GAVIN W. HOLMES
MATTHEW S. LEVINE
GORDON S. MOODIE
JOHN A. NEUMARK
DONGJU SONG
LINDSAY R. SMITH
AMANDA L. STRAUB
BRADLEY R. WILSON
FRANCO CASTELLI
ROSS A. FIELDSTON
SCOTT W. GOLENBOCK
MOEZ M. KABA
CAITH KUSHNER
J. ALEJANDRO LONGORIA
GRAHAM W. MELI
JOSHUA M. MILLER
OPHIR NAVE
GREGORY E. PESSIN
CARRIE M. REILLY
WON S. SHIN
JEFFREY UNGER
MARK F. VEBLEN
CARMEN WOO
IGOR FUKS
BETTY W. GEE
JONATHON R. LA CHAPELLE
BRANDON C. PRICE
ALISON M. ZIESKE

November 15, 2007

Hon. Sidney H. Stein
United States District Judge
United States Courthouse
500 Pearl Street, Room 1010
New York, NY 10007

Hon. Harold Baer, Jr.
United States District Judge
United States Courthouse
500 Pearl Street, Room 2230
New York, NY 10007

Hon. Denny Chin
United States District Judge
United States Courthouse
500 Pearl Street, Room 1020
New York, NY 10007

Hon. Jed S. Rakoff
United States District Judge
United States Courthouse
500 Pearl Street, Room 1340
New York, NY 10007

Hon. Richard J. Sullivan
United States District Judge
United States Courthouse
500 Pearl Street, Room 615
New York, NY 10007

Re:   *Gray* v. *Citigroup Inc., et al.*, 07 Civ 9790 (Judge Stein)
      *Harris* v. *Prince, et al.*, 07 Civ 9841 (Judge Rakoff)
      *Saltzman* v. *Citigroup Inc., et al.*, 07 Civ 9901 (Judge Baer)
      *Cinotto* v. *Prince, et al.*, 07 Civ 9900 (Unassigned)
      *Hammerschlag* v. *Citigroup Inc., et al.*, 07 Civ 10258 (Judge Sullivan)
      *Rose* v. *Citigroup Inc., et al.*, 07 Civ 10294 (Judge Chin)

Dear Judges Stein, Rakoff, Baer, Sullivan and Chin:

    We write to bring to your attention the fact that three recent case filings —
*Cinotto* v. *Prince, et al.*, 07 Civ 9900, filed November 8, 2007, *Hammerschlag* v. *Citigroup Inc.,
et al.*, 07 Civ 10258, filed November 9, 2007, and *Rose* v. *Citigroup Inc., et al.*, 07 Civ 10294,
filed November 13, 2007 — present common factual issues with at least three other cases that
have been filed in this Court: (1) *Gray* v. *Citigroup Inc., et al.*, 07 Civ 9790, first-filed on
November 5 and assigned to Your Honor Judge Stein; (2) *Harris* v. *Prince, et al.*, 07 Civ 9841,

WACHTELL, LIPTON, ROSEN & KATZ

Hon. Sidney H. Stein
Hon. Jed S. Rakoff
Hon. Harold Baer, Jr.
Hon. Richard J. Sullivan
Hon. Denny Chin
November 15, 2007
Page 2


filed November 7 and assigned to Your Honor Judge Rakoff; and (3) *Saltzman* v. *Citigroup Inc.*, *et al.*, 07 Civ 9901, filed November 8 and assigned to Your Honor Judge Baer.  The *Hammerschlag* case has been assigned to Your Honor Judge Sullivan, the *Rose* case has been assigned to Your Honor Judge Chin, and *Cinotto*, although currently unassigned, has been referred to Your Honor Judge Rakoff as possibly related to *Harris*.

In our November 9 letter to Judges Stein, Rakoff and Baer (which is enclosed), we noted that the *Gray*, *Harris* and *Saltzman* cases are all predicated upon the losses Citigroup suffered in its mortgage securitization business; and we suggested it would serve the interests of judicial efficiency and coordination for the *Gray*, *Harris* and *Saltzman* cases to be assigned to the same Judge.

The same is true of the newly filed *Cinotto*, *Hammerschlag*, and *Rose* actions. They likewise rest upon Citigroup's recent losses on mortgage securities:

- *Cinotto* is a purported derivative action claiming mismanagement on the part of current and former Citigroup directors, including specific allegations that the defendants "intentionally caused Citigroup to issue financial statements that concealed the dangers Citigroup faced as a result of its huge exposure to [collateralized debt obligations]," which were "secured by risky subprime mortgages." Complt. at ¶¶ 3-4.

- The *Hammerschlag* plaintiffs allege, in support of Rule 10b-5 claims, that Citigroup's stock price was artificially inflated as a result of supposedly misleading statements concerning the company's "actual exposure to the risk of loss due to its enormous warehoused portfolio of mortgage-backed securities." Complt. at ¶ 1.

- The *Rose* complaint asserts ERISA claims and alleges that the Citigroup defendants imprudently invested plan assets in Citigroup common stock, notwithstanding that defendants either knew, or should have known, that Citigroup had failed to disclose its "substantial entrenchment in the subprime mortgage and related securities markets," and that as a result, "the Company's stock price was artificially inflated." Complt. at ¶ 10.

WACHTELL, LIPTON, ROSEN & KATZ

Hon. Sidney H. Stein
Hon. Jed S. Rakoff
Hon. Harold Baer, Jr.
Hon. Richard J. Sullivan
Hon. Denny Chin
November 15, 2007
Page 3

Accordingly, for the sake of efficiency, and to minimize the burden on both the Court and the parties, we request that the *Cinotto*, *Hammerschlag*, and *Rose* cases — together with the *Gray*, *Harris*, and *Saltzman* actions and any other related cases yet to be filed — be assigned to the same Judge.

Very respectfully yours,

Lawrence B. Pedowitz

Enclosure

cc:    Clerk of Court (Southern District of New York)
       Brad S. Karp, Esq. (Paul, Weiss, Rifkind, Wharton & Garrison LLP)
       All plaintiffs' counsel (See attached list)