UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAM COHEN, derivatively and on behalf of CITIGROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> CITIGROUP, INC., *et al.*, <br><br> Defendants. | Electronically filed <br><br> No. 07 Civ. 10344 (SHS) <br><br> ECF Case |

## NOTICE OF APPEARANCE

The undersigned counsel enters his appearance in the above-captioned matter on behalf of Winfried Bischoff, and certifies that he is admitted to practice in this Court.

Dated:   January 4, 2008            WACHTELL, LIPTON, ROSEN & KATZ

By:   s/ Lawrence B. Pedowitz
Lawrence B. Pedowitz  (LP 9718)

51 West 52nd Street
New York, New York  10019-6150
Telephone:  (212) 403-1000
Facsimile:  (212) 403-2000
E-mail:  LBPedowitz@wlrk.com

*Attorneys for Citigroup Inc., C. Michael Armstrong, Alain J.P. Belda, Winfried Bischoff, George David, Kenneth T. Derr, John M. Deutch, Roberto Hernandez Ramirez, Andrew N. Liveris, Anne Mulcahy, Richard D. Parsons, Judith Rodin, Robert E. Rubin, Robert L. Ryan and Franklin A. Thomas*