UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAM COHEN, derivatively and on behalf of CITIGROUP, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CITIGROUP, INC., *et al.*,<br><br>Defendants. | Electronically filed<br><br>No. 07 Civ. 10344 (SHS)<br><br>ECF Case |

**NOTICE OF APPEARANCE**

The undersigned counsel enters his appearance in the above-captioned matter on behalf of Winfried Bischoff, and certifies that he is admitted to practice in this Court.

Dated:   January 4, 2008         WACHTELL, LIPTON, ROSEN & KATZ

                       By:      s/ Jonathan M. Moses
                             Jonathan M. Moses (JM 9049)

                             51 West 52nd Street
                             New York, New York  10019-6150
                             Telephone:  (212) 403-1000
                             Facsimile:  (212) 403-2000
                             E-mail:  JMMoses@wlrk.com

                             *Attorneys for Citigroup Inc., C. Michael Armstrong, Alain J.P. Belda, Winfried Bischoff, George David, Kenneth T. Derr, John M. Deutch, Roberto Hernandez Ramirez, Andrew N. Liveris, Anne Mulcahy, Richard D. Parsons, Judith Rodin, Robert E. Rubin, Robert L. Ryan and Franklin A. Thomas*