USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/22/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JEFFREY HARRIS, derivatively on behalf : 07 Civ. 9841 (SHS)
of Citigroup Inc., :
:
                Plaintiff, : ORDER
:
    -against- :
:
CHARLES PRINCE, *ET AL.*, :
:
               Defendants. :
------------------------------------------------------------x
GARY CINOTTO, derivatively on behalf : 07 Civ. 9900 (SHS)
of Citigroup Inc., :
:
                Plaintiff, :
:
    -against- :
:
CHARLES PRINCE, *ET AL.*, :
:
                Defendants. :
------------------------------------------------------------x
BENJAMIN NATHANSON, derivatively on behalf : 07 Civ. 10333 (SHS)
of Citigroup Inc., :
:
                Plaintiff, :
:
    -against- :
:
CHARLES PRINCE, *ET AL.*, :
:
                Defendants. :
------------------------------------------------------------x
SAM COHEN, derivatively on behalf of : 07 Civ. 10344 (SHS)
of Citigroup Inc., :
:
                Plaintiff, :
:
    -against- :
:
CITIGROUP INC., *ET AL.*, :
:
                Defendants. :
------------------------------------------------------------x

```
---------------------------------------------------------------x
WALTER E. RYAN, JR., derivatively on behalf    :    07 Civ. 11581 (SHS)
of Citigroup Inc.,                             :
                                               :
                Plaintiff,                     :
                                               :
        -against-                              :
                                               :
CHARLES PRINCE, ET AL.,                        :
                                               :
                Defendants.                    :
---------------------------------------------------------------x
```

SIDNEY H. STEIN, U.S. District Judge.

The five above-captioned shareholder derivative actions have been assigned to this Court. Plaintiff Ryan has moved to consolidate these actions and appoint lead counsel, and plaintiff Harris has moved to consolidate these actions and appoint lead plaintiff and lead counsel. Accordingly,

IT IS HEREBY ORDERED that:

1. Any party other than those listed above who intends to move to consolidate these actions and appoint lead plaintiff and lead counsel shall do so by January 28, 2008;

2. Any opposition to these motions shall be filed by February 4, 2008;

3. Oral argument on the motions will be held on February 8, 2008, at 3:00 p.m.; and

4. The parties shall provide the Court with courtesy copies of all motion papers at the same time they are served on opposing counsel.

Following determination of these motions, the Court will be asking the parties to develop a case management order for the orderly progress of these litigations.

Dated: New York, New York
       January 22, 2008

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.

2