```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/19/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

JEFFREY HARRIS,                                :        07 Civ. 9841 (SHS)

            Plaintiff,                    :

    -against-                                  :        <u>ORDER</u>

CHARLES PRINCE, *ET AL.*,           :

            Defendants.                :
------------------------------------------------------------x

GARY CINOTTO,                              :        07 Civ. 9900 (SHS)

            Plaintiff,                    :

    -against-                                  :

CHARLES PRINCE, *ET AL.*,           :

            Defendants.                :
------------------------------------------------------------x

BENJAMIN NATHANSON,              :        07 Civ. 10333 (SHS)

            Plaintiff,                    :

    -against-                                  :

CHARLES PRINCE, *ET AL.*,           :

            Defendants.                :
------------------------------------------------------------x

SAM COHEN,                                    :        07 Civ. 10344 (SHS)

            Plaintiff,                    :

    -against-                                  :

CITIGROUP INC., *ET AL.*,             :

            Defendants.                :
------------------------------------------------------------x

```
------------------------------------------------------------x
WALTER E. RYAN, JR.,                       :   07 Civ. 11581 (SHS)
                                           :
                     Plaintiff,            :
                                           :
       -against-                           :
                                           :
CHARLES PRINCE, ET AL.,                    :
                                           :
                     Defendants.           :
------------------------------------------------------------x
```

SIDNEY H. STEIN, U.S.D.J.

      IT IS HEREBY ORDERED that there will be a pretrial conference in these actions on Friday, August 22, 2008, at 9:30 a.m., for the Court to render its decision on the pending motions to consolidate, for lead plaintiff, and for lead counsel. Counsel who wish to appear by phone may do so by jointly arranging a conference call to 212-805-0087 on that date and time.

Dated: New York, New York
       August 19, 2008

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.